IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY RAY RICHEY,

    Plaintiff,

v.                                                      CASE NO. 4:09cv122-SPM/WCS

FLORIDA DEPT. OF CORRECTIONS
and EUGENIA ALLEN,
STATE PROBATION OFFICER,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated July 6, 2009 (doc. 10). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 10) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order.

DONE AND ORDERED this 6th day of August, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge